UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. OVERTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C.E.O., et al.,<br><br>　　　　Defendants. | No. 2:23-cv-0334 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. Plaintiff did not, however, file a motion to proceed in forma pauperis or pay the filing fee. In an order filed March 8, 2023, plaintiff was ordered to either file a motion to proceed in forma pauperis or pay the filing fee within thirty days. Plaintiff was warned that if he failed to comply with the March 8 order, this court would recommend this case be dismissed.

　　　　Thirty days have passed and plaintiff has not filed a motion to proceed in forma pauperis or paid the filing fee.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case; and

　　　　IT IS RECOMMENDED that this case be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with court orders. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

1     These findings and recommendations will be submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
3 after being served with these findings and recommendations, plaintiff may file written objections
4 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
6 time may result in waiver of the right to appeal the district court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

8 Dated:  May 4, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/over0334.fta fr